**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ANTINITA WILLIAMS and JAMIE JAMES                                    PLAINTIFF

v.                                   No. 4:11CV00257 JLH

CHICK-FIL-A, INC.; and
TIM DOUGLASS                                                          DEFENDANTS

## ORDER

Shane Strabala, local counsel for separate defendant Chick-Fil-A, Inc., has filed a motion for admission *pro hac vice* on behalf of Ashley Z. Hager. The motion is GRANTED. Document #15. Ashley Z. Hager is hereby admitted to appear before this Court as co-counsel in this action for separate defendant Chick-Fil-A, Inc.

IT IS SO ORDERED this 4th day of April, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE