**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTINITA WILLIAMS and JAMIE JAMES                                               PLAINTIFF

v.                                        No. 4:11CV00257 JLH

CHICK-FIL-A, INC.; and
TIM DOUGLASS                                                                    DEFENDANTS

### ORDER

Shane Strabala, local counsel for separate defendant Chick-Fil-A, Inc., has filed a motion for admission *pro hac vice* on behalf of Stephen W. Riddell. The motion is GRANTED. Document #16. Stephen W. Riddell is hereby admitted to appear before this Court as co-counsel in this action for separate defendant Chick-Fil-A, Inc.

IT IS SO ORDERED this 4th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE