**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTINITA WILLIAMS and JAMIE JAMES                                  PLAINTIFFS

v.                                        NO. 4:11CV00257 JLH

CHICK-FIL-A, INC.; TIM DOUGLASS;
and BOB PAINE                                                      DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the Opinion and Order entered separately today, this action is remanded to the

Circuit Court of Saline County, Arkansas.  All pending motions are denied as moot.
.

IT IS SO ORDERED this 15th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE